# United States Court of Appeals
## For the First Circuit

---

No. 22-1121

UNITED STATES,

Appellee,

v.

GILBERT PEREZ,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued on December 28, 2023, is amended as follows:

On page 27, line 17, change "rational" to "rationale"